**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**
**St. Paul DIVISION**

In re: FIREPOND, INC. § Case No. 09-32103-KAC
§
§
§
Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Michael Dietz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $0.00 | Assets Exempt: | N/A |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $817,749.02 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $2,024,588.74 | | |

3) Total gross receipts of $3,264,435.29 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $422,097.53 (see **Exhibit 2**), yielded net receipts of $2,842,337.76 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $9,185,643.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $2,024,459.24 | $2,024,588.74 | $2,024,588.74 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $1,572,651.20 | $792,462.72 | $792,462.72 | $792,462.72 |
| **TOTAL DISBURSEMENTS** | $10,758,294.20 | $2,816,921.96 | $2,817,051.46 | $2,817,051.46 |

4) This case was originally filed under chapter 7 on 03/31/2009. The case was pending for 136 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/12/2020　　　　　By: /s/ Michael Dietz
　　　　　　　　　　　　　　　　　Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBITS TO**
**FINAL ACCOUNT**

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| SEC - Bank of America Fair Fund | 1249-000 | $1,068.21 |
| Brightware Settlement Money | 1249-000 | $13,359.00 |
| Insurance Brokerage Antitrust Litigation | 1249-000 | $8.08 |
| Adversary against former owners of Firepond | 1249-000 | $3,250,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$3,264,435.29** |

[1]*The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.*

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Pamela J. Snider | 09-32103; Claim #33 | 8200-002 | $89.98 |
| Lisa M. Cumming | 09-32103; Claim #20 | 8200-002 | $10,122.24 |
| Steve DeGood | 09-32103; Claim #23 | 8200-002 | $10,122.24 |
| Rhonda McCauley | 09-32103; Claim #19 | 8200-002 | $49,306.57 |
| Kristine E. Fowler | 09-32103; Claim #27 | 8200-002 | $14.06 |
| William Davis Krauter | 09-32103; Claim #28 | 8200-002 | $174.33 |
| Michael D. Lococo | 09-32103; Claim #24 | 8200-002 | $20,244.49 |
| Steven & Cathryn Sebade | 09-32103; Claim #35 | 8200-002 | $441.44 |
| Robert S. Zagozdon | 09-32103; Claim #32 | 8200-002 | $20,084.22 |
| Carlos Vazquez | 09-32103; Claim #37 | 8200-002 | $20,087.03 |
| Sandra G. Ramos | 09-32103; Claim #31 | 8200-002 | $10,043.51 |
| Ken & Sherry Eggen | 09-32103; Claim #22 | 8200-002 | $843.52 |
| Thomas Richard Koral | 09-32103; Claim #13 | 8200-002 | $10,040.71 |
| Paul Kolosso | 09-32103; Claim #16 | 8200-002 | $22,493.87 |
| Timothy Reed | 09-32103; Claim #26 | 8200-002 | $135,109.45 |
| Robert & Susan Halm | 09-32103; Claim #29 | 8200-002 | $10,040.70 |
| Donna L. McNulty | 09-32103; Claim #30 | 8200-002 | $10,043.51 |
| Dale L. Davis | 09-32103; Claim #17 | 8200-002 | $140.59 |
| Robert J. Collins | 09-32103; Claim #25 | 8200-002 | $10,043.51 |
| Dean Reusser | 09-32103; Claim #18 | 8200-002 | $56,234.68 |
| Chrystal Lohr & Carol Smoots | 09-32103; Claim #34 | 8200-002 | $9,728.60 |
| CHKM LLC (William Kasch) | 09-32103; Claim #21 | 8200-002 | $16,648.28 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$422,097.53** |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 3 - SECURED CLAIMS**

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6S-2 | EPT TECH HOLDINGS LLC | 4110-000 | NA | $0.00 | $0.00 | $0.00 |
| N/F | FP Tech Holdings, LLC | 4110-000 | $5,264,000.00 | NA | NA | NA |
| N/F | FP Tech Holdings, LLC | 4110-000 | $3,921,643.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$9,185,643.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - DUNLAP & SEEGER, P.A. | 2100-000 | NA | $108,520.13 | $108,520.13 | $108,520.13 |
| Trustee, Expenses - DUNLAP & SEEGER, P.A. | 2200-000 | NA | $1,720.46 | $1,849.96 | $1,849.96 |
| Attorney for Trustee Fees - Ballard Spahr LLP | 3110-000 | NA | $48,478.50 | $48,478.50 | $48,478.50 |
| Attorney for Trustee Fees - DUNLAP & SEEGER, P.A. | 3110-000 | NA | $58,886.50 | $58,886.50 | $58,886.50 |
| Attorney for Trustee Fees - DUNLAP & SEEGER. P.A. | 3110-000 | NA | $1,672,917.00 | $1,672,917.00 | $1,672,917.00 |
| Attorney for Trustee, Expenses - Ballard Spahr LLP | 3120-000 | NA | $924.00 | $924.00 | $924.00 |
| Attorney for Trustee, Expenses - DUNLAP & SEEGER, P.A. | 3120-000 | NA | $187.83 | $187.83 | $187.83 |
| Attorney for Trustee, Expenses - DUNLAP & SEEGER. P.A. | 3120-000 | NA | $18,110.48 | $18,110.48 | $18,110.48 |
| Charges, U.S. Bankruptcy Court | 2700-000 | NA | $250.00 | $250.00 | $250.00 |
| Bond Payments - BOND | 2300-000 | NA | $1,533.81 | $1,533.81 | $1,533.81 |
| Bond Payments - INTERNATIONAL SURETIES, LTD | 2300-000 | NA | $20.47 | $20.47 | $20.47 |
| Bond Payments - INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | $532.93 | $532.93 | $532.93 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $56,962.87 | $56,962.87 | $56,962.87 |
| Banking and Technology Service Fee - The Bank of New York Mellon | 2600-000 | NA | $109.01 | $109.01 | $109.01 |
| Other State or Local Taxes (post-petition) - Minnesota Department of Revenue | 2820-000 | NA | $1,000.00 | $1,000.00 | $1,000.00 |
| Other Chapter 7 Administrative Expenses - BK ATTORNEY SERVICES LLC | 2990-000 | NA | $500.20 | $500.20 | $500.20 |
| Other Chapter 7 Administrative Expenses - Dow Jones & Company, Inc. | 2990-000 | NA | $18,269.28 | $18,269.28 | $18,269.28 |
| Other Chapter 7 Administrative Expenses - The Free Press | 2990-000 | NA | $258.00 | $258.00 | $258.00 |
| Other Chapter 7 Administrative Expenses - The News Journal | 2990-000 | NA | $1,647.50 | $1,647.50 | $1,647.50 |
| Accountant for Trustee Fees (Other Firm) - Constance J Paiement | 3410-000 | NA | $825.00 | $825.00 | $825.00 |
| Accountant for Trustee Fees (Other Firm) - LINDA BERREAU, CPA | 3410-000 | NA | $32,018.00 | $32,018.00 | $32,018.00 |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Accountant for Trustee Expenses (Other Firm) - LINDA BERREAU, CPA | 3420-000 | NA | $787.27 | $787.27 | $787.27 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $2,024,459.24 | $2,024,588.74 | $2,024,588.74 |

### **EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

### **EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American Express Travel Related Services Co Inc Corp Card c/o Becket and Lee LLP | 7100-000 | $0.00 | $3,396.14 | $3,396.14 | $3,396.14 |
| 2 | Atlantic Philadelphia Realty c/o Atlantic Management Corp | 7100-000 | $230,378.16 | $30,996.72 | $30,996.72 | $30,996.72 |
| 3 | Metro Sales Inc | 7100-000 | $0.00 | $229.03 | $229.03 | $229.03 |
| 4 | Broadridge | 7100-000 | $2,812.84 | $2,192.37 | $2,192.37 | $2,192.37 |
| 5 | NSTAR ELECTRIC | 7100-000 | $1,049.85 | $1,049.85 | $1,049.85 | $1,049.85 |
| 6U-2 | EPT TECH HOLDINGS LLC | 7100-000 | NA | $0.00 | $0.00 | $0.00 |
| 7 | COMMONWEALTH OF MASSACHUSETTS, DEPT OF REVENUE | 7100-000 | $0.00 | $456.00 | $456.00 | $456.00 |
| 8 | State of Michigan, Department of Treasury Revenue & Collections Division | 7100-000 | $0.00 | $58,163.49 | $58,163.49 | $58,163.49 |
| 9 | West Publishing Corporation dba West | 7100-000 | $0.00 | $10,484.71 | $10,484.71 | $10,484.71 |
| 10 | Richardson & Patel | 7200-000 | $0.00 | $22,814.27 | $22,814.27 | $22,814.27 |
| 11 | MORRISON & FOERSTER LLP | 7200-000 | $592,279.03 | $662,680.14 | $662,680.14 | $662,680.14 |
| N/F | Blue Cross Blue Shield of MN | 7100-000 | $79,984.81 | NA | NA | NA |
| N/F | Bowne of Los Angeles, Inc. | 7100-000 | $57,504.00 | NA | NA | NA |
| N/F | Bretts Development, LLC | 7100-000 | $233,419.44 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | EideBaily, LLP | 7100-000 | $7,000.00 | NA | NA | NA |
| N/F | FP Tech Holdings, LLC | 7100-000 | $152,000.00 | NA | NA | NA |
| N/F | Farrish Johnson Law Firm, CHTD | 7100-000 | $675.00 | NA | NA | NA |
| N/F | Francis Knuettel II | 7100-000 | $6,666.68 | NA | NA | NA |
| N/F | Kakeldey & Associates, P.A. | 7100-000 | $2,297.34 | NA | NA | NA |
| N/F | Leonard, Street and Deinard | 7100-000 | $21,013.12 | NA | NA | NA |
| N/F | Mark Tunney | 7100-000 | $99,500.00 | NA | NA | NA |
| N/F | Morris Nichols Arsht & Tunnel | 7100-000 | $13,677.04 | NA | NA | NA |
| N/F | Scott Kline | 7100-000 | $6,666.68 | NA | NA | NA |
| N/F | Verizon | 7100-000 | $2,180.35 | NA | NA | NA |
| N/F | Vorys, Sater, Seymour & Pease | 7100-000 | $9,290.45 | NA | NA | NA |
| N/F | Warecorp, LLP | 7100-000 | $49,877.38 | NA | NA | NA |
| N/F | William Santo | 7100-000 | $4,379.03 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$1,572,651.20** | **$792,462.72** | **$792,462.72** | **$792,462.72** |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

| Case No.: | 09-32103-KAC | Trustee Name: | (430060) Michael Dietz |
|---|---|---|---|
| Case Name: | FIREPOND, INC. | Date Filed (f) or Converted (c): | 03/31/2009 (f) |
|  |  | § 341(a) Meeting Date: | 05/06/2009 |
| For Period Ending: | 08/12/2020 | Claims Bar Date: | 04/12/2010 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Right of Action- Firepond Inc v. Morrison & Foer | Unknown | 0.00 | | 0.00 | FA |
| 2 | Adversary against former owners of Firepond (u)<br>Case litigated in circuit court. | 2,000,000.00 | 2,000,000.00 | | 3,250,000.00 | 0.00 |
| 3 | Insurance Brokerage Antitrust Litigation (u) | 8.08 | 8.08 | | 8.08 | FA |
| 4 | Brightware Settlement Money (u) | 13,359.00 | 13,359.00 | | 13,359.00 | FA |
| 5 | SEC - Bank of America Fair Fund (u) | 1,068.21 | 1,068.21 | | 1,068.21 | FA |
| 5 | **Assets Totals (Excluding unknown values)** | **$2,014,435.29** | **$2,014,435.29** | | **$3,264,435.29** | **$0.00** |

**Major Activities Affecting Case Closing:**

Distributing proceeds from litigation to stockholders.

**Initial Projected Date Of Final Report (TFR):** 12/31/2010    **Current Projected Date Of Final Report (TFR):** 11/04/2019 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

**Form 2**

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 1

| **Case No.:** | 09-32103-KAC | **Trustee Name:** | Michael Dietz (430060) |
|---|---|---|---|
| **Case Name:** | FIREPOND, INC. | **Bank Name:** | The Bank of New York Mellon |
| **Taxpayer ID #:** | **-***6646 | **Account #:** | **********2465 Checking Account |
| **For Period Ending:** | 08/12/2020 | **Blanket Bond (per case limit):** | $18,214,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/30/12 | {3} | INSURANCE BROKERAGE ANTITRUST LITIGATION | Insurance litigation payment | 1249-000 | 8.08 | | 8.08 |
| 09/14/12 | {4} | UNITED STATES TREASURY | Brightware Settlement Money | 1249-000 | 13,359.00 | | 13,367.08 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 13,342.08 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 30.07 | 13,312.01 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 27.27 | 13,284.74 |
| 12/21/12 | {5} | BANK OF AMERICA FAIR FUND | settlement payment | 1249-000 | 139.72 | | 13,424.46 |
| 12/21/12 | {5} | BANK OF AMERICA FAIR FUND | settlement payment | 1249-000 | 928.49 | | 14,352.95 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 26.67 | 14,326.28 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO *********6088 20130103 | 9999-000 | | 14,326.28 | 0.00 |
| | | | **COLUMN TOTALS** | | 14,435.29 | 14,435.29 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 14,326.28 | |
| | | | **Subtotal** | | 14,435.29 | 109.01 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$14,435.29** | **$109.01** | |

{ } *Asset Reference(s)*     **UST Form 101-7-TDR ( 10 /1/2010)**     *! - transaction has not been cleared*

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 2

| Case No.: | 09-32103-KAC | Trustee Name: | Michael Dietz (430060) |
|---|---|---|---|
| Case Name: | FIREPOND, INC. | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***6646 | Account #: | ******5165 Checking Account |
| For Period Ending: | 08/12/2020 | Blanket Bond (per case limit): | $18,214,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 14,326.28 | | 14,326.28 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.97 | 14,304.31 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.20 | 14,285.11 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.86 | 14,265.25 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.88 | 14,243.37 |
| 05/14/13 | 11001 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/14/2013 FOR CASE #09-32103 | 2300-000 | | 20.47 | 14,222.90 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.15 | 14,201.75 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.06 | 14,182.69 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.43 | 14,160.26 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.36 | 14,139.90 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.65 | 14,120.25 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.33 | 14,097.92 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.92 | 14,079.00 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.27 | 14,056.73 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.89 | 14,035.84 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 18.84 | 14,017.00 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.48 | 13,997.52 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.47 | 13,976.05 |
| 05/07/14 | 11002 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/07/2014 FOR CASE #09-32103 | 2300-000 | | 12.02 | 13,964.03 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.09 | 13,943.94 |
| 06/03/14 | {2} | FP Tech Holdings, LLC. | Settlement Proceeds | 1249-000 | 3,250,000.00 | | 3,263,943.94 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,399.93 | 3,261,544.01 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 3,164.38 | 3,258,379.63 |
| 08/25/14 | 11003 | Minnesota Department of Revenue | 2008 Taxes | 2820-000 | | 1,000.00 | 3,257,379.63 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,780.82 | 3,254,598.81 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 3,068.49 | 3,251,530.32 |

Page Subtotals: $3,264,326.28 $12,795.96

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

**Form 2**

**Cash Receipts And Disbursements Record**

Exhibit 9

Page: 3

| Case No.: | 09-32103-KAC | Trustee Name: | Michael Dietz (430060) |
|---|---|---|---|
| Case Name: | FIREPOND, INC. | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***6646 | Account #: | ******5165 Checking Account |
| For Period Ending: | 08/12/2020 | Blanket Bond (per case limit): | $18,214,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,972.60 | 3,248,557.72 |
| 11/03/14 | 11004 | U S BANKRUPTCY COURT | Dividend paid 100.00% on $250.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: | 2700-000 | | 250.00 | 3,248,307.72 |
| 11/03/14 | 11005 | American Express Travel Related Services Co Inc | Dividend paid 100.00% on $3,396.14; Claim# 1; Filed: $3,396.14; Reference: 3006 | 7100-000 | | 3,396.14 | 3,244,911.58 |
| 11/03/14 | 11006 | Atlantic Philadelphia Realty | Dividend paid 100.00% on $30,996.72; Claim# 2; Filed: $30,996.72; Reference: 2035 | 7100-000 | | 30,996.72 | 3,213,914.86 |
| 11/03/14 | 11007 | Metro Sales Inc | Dividend paid 100.00% on $229.03; Claim# 3; Filed: $229.03; Reference: 101322 | 7100-000 | | 229.03 | 3,213,685.83 |
| 11/03/14 | 11008 | Broadridge | Dividend paid 100.00% on $2,192.37; Claim# 4; Filed: $2,192.37; Reference: E31822L | 7100-000 | | 2,192.37 | 3,211,493.46 |
| 11/03/14 | 11009 | NSTAR ELECTRIC | Dividend paid 100.00% on $1,049.85; Claim# 5; Filed: $1,049.85; Reference: 0026 | 7100-000 | | 1,049.85 | 3,210,443.61 |
| 11/03/14 | 11010 | COMMONWEALTH OF MASSACHUSETTS, DEPT OF REVENUE | Dividend paid 100.00% on $456.00; Claim# 7; Filed: $456.00; Reference: 203-446-646 | 7100-000 | | 456.00 | 3,209,987.61 |
| 11/03/14 | 11011 | State of Michigan, Department of Treasury | Dividend paid 100.00% on $58,163.49; Claim# 8; Filed: $58,163.49; Reference: 6646 | 7100-000 | | 58,163.49 | 3,151,824.12 |
| 11/03/14 | 11012 | West Publishing Corporation dba West | Dividend paid 100.00% on $10,484.71; Claim# 9; Filed: $10,484.71; Reference: 4950 | 7100-000 | | 10,484.71 | 3,141,339.41 |
| 11/03/14 | 11013 | Richardson & Patel | Dividend paid 100.00% on $22,814.27; Claim# 10; Filed: $22,814.27; Reference: 1889 | 7200-000 | | 22,814.27 | 3,118,525.14 |
| 11/03/14 | 11014 | MORRISON & FOERSTER LLP | Dividend paid 100.00% on $662,680.14; Claim# 11; Filed: $662,680.14; Reference: 055398 | 7200-000 | | 662,680.14 | 2,455,845.00 |
| 11/03/14 | 11015 | American Express Travel Related Services Co Inc | Dividend paid 100.00% on $108.37; Claim# 1I; Filed: $108.37; Reference: | 7990-000 | | 108.37 | 2,455,736.63 |
| 11/03/14 | 11016 | Atlantic Philadelphia Realty | Dividend paid 100.00% on $989.06; Claim# 2I; Filed: $989.06; Reference: | 7990-000 | | 989.06 | 2,454,747.57 |
| 11/03/14 | 11017 | Metro Sales Inc | Dividend paid 100.00% on $7.31; Claim# 3I; Filed: $7.31; Reference: | 7990-000 | | 7.31 | 2,454,740.26 |
| 11/03/14 | 11018 | Broadridge | Dividend paid 100.00% on $69.96; Claim# 4I; Filed: $69.96; Reference: | 7990-000 | | 69.96 | 2,454,670.30 |
| 11/03/14 | 11019 | NSTAR ELECTRIC | Dividend paid 100.00% on $33.50; Claim# 5I; Filed: $33.50; Reference: | 7990-000 | | 33.50 | 2,454,636.80 |
| 11/03/14 | 11020 | COMMONWEALTH OF MASSACHUSETTS, DEPT OF REVENUE | Dividend paid 100.00% on $14.55; Claim# 7I; Filed: $14.55; Reference: | 7990-000 | | 14.55 | 2,454,622.25 |
| 11/03/14 | 11021 | State of Michigan, Department of Treasury | Dividend paid 100.00% on $1,855.91; Claim# 8I; Filed: $1,855.91; Reference: | 7990-000 | | 1,855.91 | 2,452,766.34 |
| 11/03/14 | 11022 | West Publishing Corporation dba West | Dividend paid 100.00% on $334.55; Claim# 9I; Filed: $334.55; Reference: | 7990-000 | | 334.55 | 2,452,431.79 |

**Page Subtotals:** $0.00 $799,098.53

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 4

| Case No.: | 09-32103-KAC | Trustee Name: | Michael Dietz (430060) |
|---|---|---|---|
| Case Name: | FIREPOND, INC. | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***6646 | Account #: | ******5165 Checking Account |
| For Period Ending: | 08/12/2020 | Blanket Bond (per case limit): | $18,214,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/03/14 | 11023 | Richardson & Patel | Dividend paid 100.00% on $727.97; Claim# 10I; Filed: $727.97; Reference: | 7990-000 | | 727.97 | 2,451,703.82 |
| 11/03/14 | 11024 | MORRISON & FOERSTER LLP | Dividend paid 100.00% on $21,145.12; Claim# 11I; Filed: $21,145.12; Reference: | 7990-000 | | 21,145.12 | 2,430,558.70 |
| 11/03/14 | 11025 | DUNLAP & SEEGER. P.A. | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 102,806.66 | 2,327,752.04 |
| | | DUNLAP & SEEGER, P.A. | Dividend paid 100.00% on $102,800.82; Claim# ; Filed: $102,800.82 $102,800.82 | 2100-000 | | | |
| | | DUNLAP & SEEGER, P.A. | Dividend paid 100.00% on $5.84; Claim# ; Filed: $5.84 $5.84 | 2200-000 | | | |
| 11/03/14 | 11026 | DUNLAP & SEEGER. P.A. | Combined Check for Claims#et_al. | | | 1,691,027.48 | 636,724.56 |
| | | DUNLAP & SEEGER. P.A. | Dividend paid 100.00% on $1,672,917.00; Claim# ; Filed: $1,672,917.00 $1,672,917.00 | 3110-000 | | | |
| | | DUNLAP & SEEGER. P.A. | Dividend paid 100.00% on $18,110.48; Claim# ; Filed: $18,110.48 $18,110.48 | 3120-000 | | | |
| 11/03/14 | 11027 | LINDA BERREAU, CPA | Combined Check for Claims#et_al. | | | 32,805.27 | 603,919.29 |
| | | LINDA BERREAU, CPA | Dividend paid 100.00% on $32,018.00; Claim# ; Filed: $32,018.00 $32,018.00 | 3410-000 | | | |
| | | LINDA BERREAU, CPA | Dividend paid 100.00% on $787.27; Claim# ; Filed: $787.27 $787.27 | 3420-000 | | | |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 2,589.04 | 601,330.25 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 1,450.60 | 599,879.65 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 862.83 | 599,016.82 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 804.15 | 598,212.67 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 917.80 | 597,294.87 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 859.12 | 596,435.75 |
| 05/14/15 | 11028 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/14/2015 FOR CASE #09-32103, Bond#016018054 | 2300-000 | | 520.91 | 595,914.84 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 829.03 | 595,085.81 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 913.00 | 594,172.81 |

Page Subtotals: $0.00 $1,858,258.98

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 5

| Case No.: | 09-32103-KAC | Trustee Name: | Michael Dietz (430060) |
|---|---|---|---|
| Case Name: | FIREPOND, INC. | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***6646 | Account #: | ******5165 Checking Account |
| For Period Ending: | 08/12/2020 | Blanket Bond (per case limit): | $18,214,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 883.11 | 593,289.70 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 824.91 | 592,464.79 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 909.06 | 591,555.73 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 850.86 | 590,704.87 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 821.32 | 589,883.55 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 933.38 | 588,950.17 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 816.72 | 588,133.45 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 815.51 | 587,317.94 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 926.82 | 586,391.12 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 813.09 | 585,578.03 |
| 05/06/16 | 11029 | International Sureties | 016018054 | 2300-000 | | 247.08 | 585,330.95 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 811.76 | 584,519.19 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 922.41 | 583,596.78 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 809.22 | 582,787.56 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 919.56 | 581,868.00 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 834.64 | 581,033.36 |
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 805.66 | 580,227.70 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 887.85 | 579,339.85 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 831.01 | 578,508.84 |
| 01/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 887.42 | 577,621.42 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 775.43 | 576,845.99 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 857.36 | 575,988.63 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 773.24 | 575,215.39 |
| 05/25/17 | 11030 | International Sureties | Bond #16018054 | 2300-000 | | 186.48 | 575,028.91 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 910.10 | 574,118.81 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 825.83 | 573,292.98 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 797.11 | 572,495.87 |

**Page Subtotals:** $0.00 $21,676.94

{ } Asset Reference(s)     **UST Form 101-7-TDR ( 10 /1/2010)**     *! - transaction has not been cleared*

## Form 2
## Cash Receipts And Disbursements Record

Exhibit 9
Page: 6

| Case No.: | 09-32103-KAC | Trustee Name: | Michael Dietz (430060) |
|---|---|---|---|
| Case Name: | FIREPOND, INC. | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***6646 | Account #: | ******5165 Checking Account |
| For Period Ending: | 08/12/2020 | Blanket Bond (per case limit): | $18,214,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 905.87 | 571,590.00 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 794.74 | 570,795.26 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 875.73 | 569,919.53 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 819.74 | 569,099.79 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 791.28 | 568,308.51 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 899.17 | 567,409.34 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 761.72 | 566,647.62 |
| 03/22/18 | 11031 | Constance J Paiement | Tax attorney for trustee fees. | 3410-000 | | 825.00 | 565,822.62 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 814.92 | 565,007.70 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 785.59 | 564,222.11 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 892.78 | 563,329.33 |
| 06/14/18 | 11032 | International Sureties | Bond# 016018054 | 2300-000 | | 340.45 | 562,988.88 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 783.09 | 562,205.79 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 862.56 | 561,343.23 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 834.32 | 560,508.91 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 429.97 | 560,078.94 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 506.37 | 559,572.57 |
| 12/20/18 | 11033 | Ballard Spahr LLP | Interim Order Payment | | | 49,402.50 | 510,170.07 |
| | | Ballard Spahr LLP | Fees $48,478.50 | 3110-000 | | | |
| | | Ballard Spahr LLP | Expenses $924.00 | 3120-000 | | | |
| 05/13/19 | 11034 | BK ATTORNEY SERVICES LLC | Jobs ******2441 & ******2443 | 2990-000 | | 500.20 | 509,669.87 |
| 05/21/19 | 11035 | The Free Press | Acct 165055 Ad 248402 | 2990-000 | | 258.00 | 509,411.87 |
| 06/03/19 | 11036 | International Sureties | Bond# 016018054 | 2300-000 | | 759.80 | 508,652.07 |
| 06/18/19 | 11037 | Dow Jones & Company, Inc. | Invoice 00198149 | 2990-000 | | 18,269.28 | 490,382.79 |
| 07/11/19 | 11038 | The News Journal | Inv# ******7185 | 2990-000 | | 1,647.50 | 488,735.29 |
| 09/25/19 | | Transfer Debit to Metropolitan Commercial Bank acct ******1105 | Transition Debit to Metropolitan Commercial Bank acct 3910091105 | 9999-000 | | 488,735.29 | 0.00 |

Page Subtotals: $0.00  $572,495.87

{ } Asset Reference(s)  UST Form 101-7-TDR ( 10 /1/2010)  ! - transaction has not been cleared

## Form 2

## Cash Receipts And Disbursements Record

**Exhibit 9**

Page: 7

| **Case No.:** | 09-32103-KAC | **Trustee Name:** | Michael Dietz (430060) |
|---|---|---|---|
| **Case Name:** | FIREPOND, INC. | **Bank Name:** | Mechanics Bank |
| **Taxpayer ID #:** | **-***6646 | **Account #:** | ******5165 Checking Account |
| **For Period Ending:** | 08/12/2020 | **Blanket Bond (per case limit):** | $18,214,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | | **COLUMN TOTALS** | | **3,264,326.28** | **3,264,326.28** | **$0.00** |
| | | | Less: Bank Transfers/CDs | | 14,326.28 | 488,735.29 | |
| | | | **Subtotal** | | **3,250,000.00** | **2,775,590.99** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$3,250,000.00** | **$2,775,590.99** | |

*{ } Asset Reference(s)*   **UST Form 101-7-TDR ( 10 /1/2010)**                                                                                    *! - transaction has not been cleared*

**Form 2**

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 8

| Case No.: | 09-32103-KAC | Trustee Name: | Michael Dietz (430060) |
|---|---|---|---|
| Case Name: | FIREPOND, INC. | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***6646 | Account #: | ******1105 Checking Account |
| For Period Ending: | 08/12/2020 | Blanket Bond (per case limit): | $18,214,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/25/19 | | Transfer Credit from Mechanics Bank acct ******5165 | Transition Credit from Mechanics Bank acct 5002855165 | 9999-000 | 488,735.29 | | 488,735.29 |
| 05/20/20 | 11139 | Thomas Richard Koral | 09-32103; Claim #13 | 8200-002 | | 10,040.71 | 478,694.58 |
| 05/20/20 | 11140 | Paul Kolosso | 09-32103; Claim #16 | 8200-002 | | 22,493.87 | 456,200.71 |
| 05/20/20 | 11141 | Dale L. Davis | 09-32103; Claim #17 | 8200-002 | | 140.59 | 456,060.12 |
| 05/20/20 | 11142 | Dean Reusser | 09-32103; Claim #18 | 8200-002 | | 56,234.68 | 399,825.44 |
| 05/20/20 | 11143 | Rhonda McCauley | 09-32103; Claim #19 | 8200-002 | | 49,306.57 | 350,518.87 |
| 05/20/20 | 11144 | Lisa M. Cumming | 09-32103; Claim #20 | 8200-002 | | 10,122.24 | 340,396.63 |
| 05/20/20 | 11145 | CHKM LLC (William Kasch) | 09-32103; Claim #21 | 8200-002 | | 16,648.28 | 323,748.35 |
| 05/20/20 | 11146 | Ken & Sherry Eggen | 09-32103; Claim #22 | 8200-002 | | 843.52 | 322,904.83 |
| 05/20/20 | 11147 | Steve DeGood | 09-32103; Claim #23 | 8200-002 | | 10,122.24 | 312,782.59 |
| 05/20/20 | 11148 | Michael D. Lococo | 09-32103; Claim #24 | 8200-002 | | 20,244.49 | 292,538.10 |
| 05/20/20 | 11149 | Robert J. Collins | 09-32103; Claim #25 | 8200-002 | | 10,043.51 | 282,494.59 |
| 05/20/20 | 11150 | Timothy Reed | 09-32103; Claim #26 | 8200-002 | | 135,109.45 | 147,385.14 |
| 05/20/20 | 11151 | Kristine E. Fowler | 09-32103; Claim #27 | 8200-002 | | 14.06 | 147,371.08 |
| 05/20/20 | 11152 | William Davis Krauter | 09-32103; Claim #28 | 8200-002 | | 174.33 | 147,196.75 |
| 05/20/20 | 11153 | Robert & Susan Halm | 09-32103; Claim #29 | 8200-002 | | 10,040.70 | 137,156.05 |
| 05/20/20 | 11154 | Donna L. McNulty | 09-32103; Claim #30 | 8200-002 | | 10,043.51 | 127,112.54 |
| 05/20/20 | 11155 | Sandra G. Ramos | 09-32103; Claim #31 | 8200-002 | | 10,043.51 | 117,069.03 |
| 05/20/20 | 11156 | Robert S. Zagozdon | 09-32103; Claim #32 | 8200-002 | | 20,084.22 | 96,984.81 |
| 05/20/20 | 11157 | Pamela J. Snider | 09-32103; Claim #33 | 8200-002 | | 89.98 | 96,894.83 |
| 05/20/20 | 11158 | Chrystal Lohr & Carol Smoots | 09-32103; Claim #34 | 8200-002 | | 9,728.60 | 87,166.23 |
| 05/20/20 | 11159 | Steven & Cathryn Sebade | 09-32103; Claim #35 | 8200-002 | | 441.44 | 86,724.79 |
| 05/20/20 | 11160 | Carlos Vazquez | 09-32103; Claim #37 | 8200-002 | | 20,087.03 | 66,637.76 |
| 05/20/20 | 11161 | DUNLAP & SEEGER, P.A. | 09-32103- | 3110-000 | | 58,886.50 | 7,751.26 |
| 05/20/20 | 11162 | DUNLAP & SEEGER, P.A. | 09-32103-Trustee Fee | 2100-000 | | 5,719.31 | 2,031.95 |
| 05/20/20 | 11163 | DUNLAP & SEEGER, P.A. | 09-32103-Trustee Expense | 2200-000 | | 1,844.12 | 187.83 |
| 05/20/20 | 11164 | DUNLAP & SEEGER, P.A. | 09-32103- | 3120-000 | | 187.83 | 0.00 |
| | | **COLUMN TOTALS** | | | **488,735.29** | **488,735.29** | **$0.00** |
| | | Less: Bank Transfers/CDs | | | 488,735.29 | 0.00 | |
| | | **Subtotal** | | | **0.00** | **488,735.29** | |
| | | Less: Payments to Debtors | | | | 422,097.53 | |
| | | **NET Receipts / Disbursements** | | | **$0.00** | **$66,637.76** | |

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)     ! - transaction has not been cleared

**Form 2**

Exhibit 9
Page: 9

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 09-32103-KAC | **Trustee Name:** | Michael Dietz (430060) |
| **Case Name:** | FIREPOND, INC. | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***6646 | **Account #:** | ******1105 Checking Account |
| **For Period Ending:** | 08/12/2020 | **Blanket Bond (per case limit):** | $18,214,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---|---:|
| Net Receipts: | $3,264,435.29 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $422,097.53 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $2,842,337.76 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| **********2465 Checking Account | $14,435.29 | $109.01 | $0.00 |
| ******5165 Checking Account | $3,250,000.00 | $2,775,590.99 | $0.00 |
| ******1105 Checking Account | $0.00 | $66,637.76 | $0.00 |
| | **$3,264,435.29** | **$2,842,337.76** | **$0.00** |

UST Form 101-7-TDR (10 /1/2010)